IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROSIE MORELOS BENAVIDES,
*et al.*,

    Plaintiffs,

v.                                      Civ. No. 22-584 KRS/GBW

KEN LADNER, *et al.*,

    Defendants.

### ORDER DENYING MOTION FOR LEAVE TO AMEND

THIS MATTER comes before the Court on Plaintiffs' Motion for Leave to Amend the Complaint and Seek Other Consequential/Equitable Remedies. *Doc. 7*. Pursuant to District of New Mexico Local Rule 7.1(a), a party filing a motion must determine whether it is opposed, and "a motion that omits recitation of a good-faith request for concurrence may be summarily denied." D.N.M.LR-Civ. 7.1(a). Plaintiffs' Motion does not indicate that Plaintiffs sought Defendants' position.[1]

IT IS THEREFORE ORDERED that Plaintiffs' Motion is DENIED without prejudice to its refiling in a form compliant with the Local Rules.

---

[1] Although pro se litigants' pleadings are held to a less stringent standard than those drafted by lawyers, *see Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991), "this court has repeatedly insisted that pro se parties follow the same rules of procedure that govern other litigants," *Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 840 (10th Cir. 2005) (brackets omitted) (quoting *Nielsen v. Price*, 17 F.3d 1276, 1277 (10th Cir.1994)).

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE